# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TROY JONES, SR.

NO. 2024 KW 1077

**FEBRUARY 10, 2025**

In Re:   Troy Jones, Sr., applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 34852, 37151.

BEFORE:   PENZATO, STROMBERG, AND CALLOWAY,[1] JJ.

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include copies of the bills of information, any pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the writ application.

AHP
TPS

Calloway, J., concurs. I would allow relator to file a new writ application, which contained the entire contents of this application and any missing items.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1]**Calloway, J.,** serving as judge *pro tempore* of the Court of Appeal, First Circuit, by special appointment of the Louisiana Supreme Court.